IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY DEFOREST,
    Plaintiff,

v.                                             Case No. 3:08cv498/MCR/EMT

JOHNNY CHISHOLM GLOBAL EVENTS,
LLC and JOHNNY CHISHOLM, individually,
    Defendants.
_____/

## **O R D E R**

        This cause is before the court upon non-parties Chisholm Properties of Pensacola, LLC, Reunion Events, Inc., and Chisholm Properties Circuit Events, LLC's (hereafter "non-parties") Motion to Quash Subpoenas (Doc. 51), and the non-parties' response (Doc. 55) to this court's order to show cause why the motion to quash should not be denied as untimely (Doc. 52).  Before the court rules on the non-parties' motion to quash, Plaintiff shall have an opportunity to respond. Plaintiff's response shall address both the issue of the timeliness of the non-parties' motion <u>and</u> the merits of the motion.

        Accordingly, it is **ORDERED**:

        Plaintiff shall file a response as outlined in the body of this order on or before **TUESDAY, MAY 26, 2009**.

        **DONE AND ORDERED** this 20th day of May 2009.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**