IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY DEFOREST,
    Plaintiff,

v.                                            Case No. 3:08cv498/MCR/EMT

JOHNNY CHISHOLM GLOBAL EVENTS,
LLC and JOHNNY CHISHOLM, individually,
    Defendants.
_____/

**O R D E R**

This cause is before the court upon non-parties Chisholm Properties of Pensacola, LLC, Reunion Events, Inc., and Chisholm Properties Circuit Events, LLC's (hereafter "non-parties") "Motion to Quash Subpoena to Beach Community Bank," in which the non-parties seek an order quashing a subpoena that directs Beach Community Bank to produce certain financial records of the non-parties (Doc. 57).  Upon review of the motion, the court has determined that it is deficient in several respects.  First, the motion states that a copy of the subpoena at issue is attached, but no attachment to the motion exists (*see id.*).  Second, the motion is not accompanied by a memorandum of law, as required by the Local Rules of this court.  *See* N.D. Fla. Loc. R. 7.1(A).[1]  Third, included in the motion is a general assertion that the motion is timely (Doc. 57 at 2), but the court cannot determine the accuracy of this assertion, as the motion does not indicate the date on which the subpoena was served or the date for production of the financial records, and as noted *supra*, a copy of the subpoena is not attached to the motion.  The motion shall therefore be denied without prejudice to the filing of an amended motion, in which the above-noted deficiencies are corrected.

---

[1] Although the same non-parties previously filed a similar motion without an accompanying memorandum of law (*see* Doc. 51), the undersigned declined to address the deficiency (the non-parties' previous motion and Plaintiff's response thereto (Docs. 51, 58) are presently under advisement).  However, because the error has been repeated, the court finds it appropriate at this time to point out the deficiency so that future pleadings fully comply with the Local Rules of this court.

Accordingly, it is **ORDERED** that:

Non-parties Chisholm Properties of Pensacola, LLC, Reunion Events, Inc., and Chisholm Properties Circuit Events, LLC's "Motion to Quash Subpoena to Beach Community Bank" (Doc. 57) is **DENIED without prejudice**.

**DONE AND ORDERED** this 27th day of May 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**