# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RAY DEFOREST,

    Plaintiff,

vs.                       CASE NO.: 3:08cv498/MCR/EMT

JOHNNY CHISHOLM GLOBAL EVENTS, LLC,
CHISHOLM PROPERTIES CIRCUIT EVENTS, LLC,
JOHNNY CHISHOLM, individually, and
BOBBY WARNER, individually,

    Defendants.
_____/

## **O R D E R**

    This matter is presently scheduled on the court's trial docket commencing October 19, 2009. By Order dated July 17, 2009, defense counsel's request to withdraw from further representation in this action was granted and defendants were given thirty days in which to retain substitute counsel. As no counsel filed an appearance within the allotted time, the court assumed defendant, Johnny Chisholm, elected to proceed pro se. Therefore, pursuant to district policy and administrative order, this case was referred to the magistrate judge for all pretrial proceedings, including preliminary orders, conduct of necessary hearings, and, with respect to any dispositive motions, filing of a report and recommendation containing proposed findings of fact and conclusions of law and recommended disposition of the case. The court notes plaintiff has now filed a Motion for Entry of Default Judgment against defendants Johnny Chisholm Global Events, LLC, and Chisholm Properties Circuit Events, LLC. Also pending is the Verified Motion to Quash Service as to defendant Bobby Warner. In consideration of the foregoing, the trial of this case will be removed from the current docket date and will be rescheduled by separate order. Accordingly, it is

ORDERED:

The trial in this case is hereby removed from trial docket commencing October 19, 2009, and will be rescheduled by separate order.

**DONE and ORDERED** on this 27th day of August, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**