IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY DEFOREST,
     Plaintiff,

v.                                 Case No. 3:08cv498/MCR/EMT

JOHNNY CHISHOLM GLOBAL EVENTS,
LLC and JOHNNY CHISHOLM, individually,
     Defendants.
_____/

**O R D E R**

     This cause is before the court upon Plaintiff's "Motion for Entry of Default Judgment Against Defendant Johnny Chisholm and Memorandum of Law in Support Thereof" (Doc. 100). Before the court rules on this matter, Defendant Johnny Chisholm shall have an opportunity to respond.

     Accordingly, it is **ORDERED**:

     Within **FOURTEEN (14) DAYS** from the date of docketing of this order, Defendant Johnny Chisholm shall file a response to Plaintiff's motion.

     **DONE AND ORDERED** this 9th day of October 2009.


                             */s/ Elizabeth M. Timothy*_____
                             **ELIZABETH M. TIMOTHY**
                             **UNITED STATES MAGISTRATE JUDGE**