IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY DeFOREST,
    Plaintiff,

v.                                              Case No. 3:08cv498/MCR/EMT

JOHNNY CHISHOLM GLOBAL EVENTS, LLC;
CHISHOLM PROPERTIES CIRCUIT EVENTS, LLC;
JOHNNY CHISHOLM, individually;
and
BOBBY WARNER, individually,
    Defendants.
_____/

## **ORDER**

      This cause is before the court upon Defendant Johnny Chisholm's "Opposition to Motion for Default," received and docketed by the clerk on March 22, 2010 (Doc. 112).

      Defendant's response to the motion for default judgment filed by Plaintiff (Doc. 100) is untimely, as the response was due no later than October 23, 2009 (*see* Doc. 103). Defendant has not sought leave to file his response out-of-time, much less shown good cause for his gross untimeliness. In light of his pro se status, however, the court shall give Defendant through **APRIL 1, 2010**, in which to file a motion for leave to file his response out-of-time. The court will not consider the response until Defendant has filed that motion. If Defendant fails to timely submit the motion for leave to file out-of-time or the court concludes the motion fails to show good cause for Defendant's untimeliness or should not otherwise be granted, the response will not be considered. Plaintiff is given leave to file a reply to the response, which reply shall be due within **fourteen (14) days** of Defendant's filing his motion**.** Pursuant to N.D. Fla. Loc. R. 7(C), any response by Plaintiff to

Defendant's motion for leave is likewise due within **fourteen (14) days** of Defendant's filing the motion.

Accordingly, it is **ORDERED**:

1.   Defendant shall have through **APRIL 1, 2010**, in which to file a motion for leave to file a response to the motion for default judgment out-of-time.

2.   Plaintiff is given leave to file a reply to Defendant's response, which reply shall be due within **fourteen (14) days** of Defendant's filing his motion**.**

**DONE and ORDERED** this 24th day of March 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED   STATES   MAGISTRATE   JUDGE**