UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY DeFOREST,
    Plaintiff,

v.                                                      Case No. 3:08cv498/MCR/EMT

JOHNNY CHISHOLM GLOBAL EVENTS, LLC;
CHISHOLM PROPERTIES CIRCUIT EVENTS, LLC;
JOHNNY CHISHOLM, individually;
and
BOBBY WARNER, individually,
    Defendants.
_____/

## **O R D E R**

Before the court is Plaintiff's response to the court's June 17, 2010, order, directing him to advise the court of his intentions regarding the continued prosecution of this matter (*see* Docs. 124, 126).

In his response, Plaintiff states that he intends to proceed with the prosecution of this case and, *inter alia*, requests entry of an amended discovery order which provides for an additional 120 days of discovery and a referral to mediation.  The court will enter an amended final scheduling order directing mediation and a period of expedited discovery after the parties (including the more recently joined Defendant Warner but excluding Defendant Chisholm Properties Circuit Events, LLC, as to which the action has been stayed due to a suggestion of bankruptcy) have conferred, as provided by Fed. R. Civ. P. 26(f), and submitted a second joint report.

In light of Plaintiff's unavailability through July 10, 2010 (*see* Doc. 125), the court directs that the conference be conducted no later than **JULY 15, 2010.**  The second joint report should be submitted within **ten (10) days** of the date of the conference.

Accordingly, it is **ORDERED**:

The parties shall confer, as provided by Fed. R. Civ. P. 26(f), no later than **JULY 15, 2010,** and submit a second joint report within **ten (10) days** of the date of their conference.

**DONE and ORDERED** this 29th day of June 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**